UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Charity E. Kinkle v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No. 11-cv-10104-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on April 16, 2014, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                                      NANCY J. ROSENSTENGEL,
                                      CLERK OF COURT

                                      BY: /s/*Sara Jennings*
                                                   Deputy Clerk

**Dated:** April 17, 2014

Digitally signed by David R. Herndon
Date: 2014.04.17 14:08:49 -05'00'

**APPROVED:**
         **CHIEF JUDGE**
         **U. S. DISTRICT COURT**